

# CHRIS DANIEL

## HARRIS COUNTY DISTRICT CLERK

June 3, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/18/2015 8:55:12 AM
CHRISTOPHER A. PRINE
Clerk

JONATHAN LANDERS
ATTORNEY OF RECORD
2817 W TC JESTER BLVD STE M
HOUSTON TX 77018

Defendant's Name: JORGE ORTEGA

Cause No: 1943959

Court: CRT 8

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 5-20-15
**Sentence Imposed Date:** 5-5-15
**Court of Appeals Assignment:  Fourteenth Court of Appeals**
**Appeal Attorney of Record:** JONATHAN LANDERS

Sincerely,

L Arriaga
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

TIFFANY JUNE (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause

1201 Franklin  P O Box 4651  Houston, Texas 77210-4651

No. 1943959

| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
| | § | |
| vs. | § | COURT AT LAW NO. 8 |
| | § | |
| JORGE ORTEGA | § | HARRIS COUNTY, TEXAS |

## DEFENDANT'S NOTICE OF APPEAL

Jorge Ortega, through Jonathan Landers, and pursuant to Texas Rule of Appellate Procedure 25 2, files this notice of appeal of the judgment in this case. Jorge Ortega requests that his trial bond remain in effect for the appeal.

Respectfully submitted,

Jonathan Landers
TBN 24070101
2817 W TC Jester Blvd., Ste M
Houston, Texas 77018
Tel (713) 301-3153
Fax (713) 685-5020
Jlanders.law@gmail.com
**ATTORNEY FOR DEFENDANT**

FILED
Chris Daniel
District Clerk
MAY 20 2015
Time
Harris County, Texas
By_____ Deputy

## CERTIFICATE OF SERVICE

I, Jonathan Landers, do hereby certify that on this the **20** day of _**MAY**_ _____, 2015, a copy of this motion was hand-delivered to the Assistant District Attorney and/or left with the clerk of the court to be given to the Assistant District Attorney assigned to the above cause.

_____

Jonathan Landers

No. 1943959

| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
|---|---|---|
| | § | |
| vs | § | COURT AT LAW NO. 8 |
| | § | |
| JORGE ORTEGA | § | HARRIS COUNTY, TEXAS |

**ORDER**

w/ condition of GPS and No contact w/ complainant

Jorge Ortega's trial bond of ___$500___ shall remain in effect for the appeal.

SIGNED this __20th__ day of ___May___, 20_15_

_____
JUDGE PRESIDING

CAUSE NO. 1943959

| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
| | § | COURT AT LAW NUMBER 8 |
| VS. | | |
| Jorge Ortega | § | HARRIS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, Judge of the trial court, certify this criminal case:

☑ is not a plea-bargain case, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [or]

☐ the defendant has waived the right of appeal.

_____          5/5/15
**Judge Presiding**                 **Date Signed**

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. Tex. R. App. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

X _____          _____ Brent M. Webster
**Defendant**                       **Defendant's Counsel**

                                    24039234

| Mailing address: | State Bar of Texas ID Number: |
| | 9898 Bissonnet #627 |
| Telephone number: | Mailing address: Houston, Tx 77036 |
| | 713 723-3127 |
| Fax number (if any): | Telephone number: |
| | 713 723-3720 |
| | Fax number (if any): |

FILED
Chris Daniel
District Clerk
MAY 05 2015
Harris County, Texas
Time: _____
By _____ Deputy

---

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

# APPEAL CARD

Court __8__    7-4-15    Cause No. 14th __1943959__

## The State of Texas
### Vs

Jorge Ortega

Date Notice
Of Appeal: __5-5-15__  __5/20/15__

Presentation:          Vol._____ Pg._____

Judgment:              Vol._____ Pg._____

Judge Presiding __Jay Karahan__
Court Reporter __Tiffany June__
Court Reporter _____
Court Reporter _____

Attorney
on Trail __Brent Wasserten__

Attorney
on Appeal __Jonathan Landers__

Appointed __X__ Hired _____

Offense __Harassing Communication__

Jury Trail:     Yes __X__ No_____

Punishment
Assessed __180 days hej prob 18 months fine $____

Companion Cases
(If Known)_____

Amount of
Appeal Bond __500__

Appellant
Confined:     Yes_____ No __X__

Date Submitted
To Appeal Section __5/22/15__

Deputy Clerk __C. Kennerson__



# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

## CORRECTION LETTER - MOTION FOR NEW TRIAL

June 9, 2015

JONATHAN LANDERS
ATTORNEY OF RECORD
2817 W TC JESTER
HOUSTON TX 77018

Defendant's Name: JORGE ORTEGA

Cause No: 1943959

Court: CCCL#8

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 5-20-15
**Sentence Imposed Date:** 5-5-15
**Court of Appeals Assignment: Fourteenth Court of Appeals**
**Appeal Attorney of Record:** JONATHAN LANDERS
Motion for New Trial   FILED ON 5-20-15

Sincerely,

L Arriaga
Criminal Post Trial Deputy

CC: Devon Anderson
    District Attorney
    Appellate Division
    Harris County, Texas

TIFFANI JUNE (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.